Magistrate Judge Arnold

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10 | UNITED STATES OF AMERICA,                )
                                            )
11 |                Petitioner,              )     NO.   MS07-05002-FDB-JKA
                                            )
12 |        v.                               )      ORDER GRANTING
                                            )     UNITED STATES' WITHDRAWAL
13 |                                         )     AND DISMISSAL OF PETITION
                                            )     TO ENFORCE TWO IMMIGRATION
14 | PHOENIX STAFFING, LLC.,                 )     AND CUSTOMS ENFORCEMENT
                                            )     SUBPOENAS
15 |                Respondent.              )
    _____)

16

17        THIS MATTER, having come before the Court upon the United States'

18 | Withdrawal and Dismissal of Petition to Enforce Two Immigration and Customs

19 | Enforcement Subpoenas; the United States of America, being represented by its counsel,

20 | Jeffrey C. Sullivan, United States Attorney for the Western District of Washington, and

21 | Kristin B. Johnson, Assistant United States Attorney; it is hereby

22 | //

23 | //

24
25
26
27
28

ORDER GRANTING UNITED STATES' WITHDRAWAL AND
DISMISSAL OF PETITION TO ENFORCE TWO IMMIGRATION
AND CUSTOMS ENFORCEMENT SUBPOENAS - 1
(MS07-05002-FDB-JKA)

1    ORDERED that the United States' Withdrawal and Dismissal of Petition to

2    Enforce Two Immigration and Customs Enforcement Subpoenas is GRANTED.  The

3    above-captioned case is hereby DISMISSED.

4    DATED this 2nd day of July, 2007.

5

6                                                          */s/ J. Kelley Arnold*
                                                         J. KELLEY ARNOLD
7                                                        United States Magistrate Judge

8    Presented by:

9
      s/ Kristin B. Johnson
10   Kristin B. Johnson, WSBA #28189
     Assistant United States Attorney
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING UNITED STATES' WITHDRAWAL AND                          UNITED STATES ATTORNEY
DISMISSAL OF PETITION TO ENFORCE TWO IMMIGRATION                      700 STEWART STREET, SUITE 5220
AND CUSTOMS ENFORCEMENT SUBPOENAS - 2                                 SEATTLE, WASHINGTON 98101-1271
(MS07-05002-FDB-JKA)                                                  (206) 553-7970